AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

36 C.F.R. § 2.32(a)(1) - Interfering with Agency Functions (Class B Misdemeanor); 36 C.F.R. § 2.31(a)(1) - Trespass to Property (Class B Misdemeanor); 36 C.F.R. § 2.4(a)(1)(i) - Possession of a Weapon on Federal Land (Class B Misdemeanor).

☐ Petty
☐ Minor
☒ Misde-meanor
☐ Felony

PENALTY:   Maximum jail term of six months;
Maximum fine of $ 5,000
Mandatory $10 special assessment fee

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S. —

▶ JESS M. WILLIAMS

DISTRICT COURT NUMBER

CR 08   0301

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

National Park Service Park Rangers

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY M. THOMAS

— DEFENDANT —

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ 03/22/08

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?   ☐ No   } give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,           )   No.
                                        )
13         Plaintiff,                   )   VIOLATIONS: 36 C.F.R. § 2.32(a)(1) -
                                        )   Interfering with Agency Functions (Class B
14     v.                               )   Misdemeanor); 36 C.F.R. § 2.31(a)(1) -
                                        )   Trespass to Property (Class B
15  JESS M. WILLIAMS,                   )   Misdemeanor); 36 C.F.R. § 2.4(a)(1)(i) -
                                        )   Possession of a Weapon on Federal Land
16         Defendant.                   )   (Class B Misdemeanor)
                                        )
17                                      )
                                        )   SAN FRANCISCO VENUE
18  _____)

19

20                          I N F O R M A T I O N

21  The United States Attorney charges:

22  COUNT ONE: 36 C.F.R. § 2.32(a)(1) - Interfering with Agency Functions

23      On or about March 22, 2008, in the Northern District of California, within the boundaries of

24  an area administered by the National Park Service, the defendant,

25                            JESS M. WILLIAMS,

26  did threaten, resist, intimidate, and intentionally interfere with a government employee and agent

27  engaged in an official duty, in that the defendant grabbed a Park Ranger around the torso and

28  pushed him backwards towards the ground, in violation of Title 36, Code of Federal Regulations,

    INFORMATION

1   Section 2.32(a)(1), a Class B Misdemeanor.

2   COUNT TWO: 36 C.F.R. § 2.31(a)(1) - Trespass to Property

3      On or about March 22, 2008, in the Northern District of California, within the boundaries of

4   an area administered by the National Park Service, the defendant,

5                               JESS M. WILLIAMS,

6   did trespass, enter and remain in and upon property not open to the public, to wit: one gray 2004

7   Audi, without the express invitation and consent of the lawful owner of the vehicle, in violation

8   of Title 36, Code of Federal Regulations, Section 2.31(a)(1), a Class B Misdemeanor.

9   COUNT THREE: 36 C.F.R. § 2.4(a)(1)(i) - Possession of a Weapon on Federal Land

10     On or about March 22, 2008, in the Northern District of California, within the boundaries of

11  an area administered by the National Park Service, the defendant,

12                              JESS M. WILLIAMS,

13  did possess a weapon, to wit: a double-edged knife approximately nine inches in length, in

14  violation of Title 36, Code of Federal Regulations, Section 2.4(a)(1)(i), a Class B Misdemeanor.

15

16  DATED:  *May 6, 2008*               JOSEPH P. RUSSONIELLO
                                        United States Attorney
17

18

19                                      KYLE F. WALDINGER
                                        Deputy Chief, Major Crimes Section
20

21  (Approved as to form:
                        WENDY THOMAS
22                      Special Assistant United States Attorney

23

24

25

26

27

28

INFORMATION